# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 08-32689 JPC |
| SMITH JR, ROBERT G | § | |
| YOUNG, MELISSA A | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor

      Leaving a balance on hand of                    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/CATHERINE STEEGE_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-32689 | JPC | Judge: JACQUELINE P. COX |
|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | | |
| | YOUNG, MELISSA A | | |
| For Period Ending: | 08/24/09 | | |

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Date Filed (f) or Converted (c): | 11/28/08 (f) |
| 341(a) Meeting Date: | 01/13/09 |
| Claims Bar Date: | 05/15/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Charter One checking | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 2. TV, Video Camera | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 300.00 |
| 3. Bedroom and Living room sets | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 4. Computer & accessories | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 300.00 |
| 5. Household goods | 1,500.00 | 1,500.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 6. Theatre Books | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 50.00 |
| 7. costume jewlery | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 8. wedding rings | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 200.00 |
| 9. Bikes | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 200.00 |
| 10. His 401 (k) on previous job | 4,000.00 | 4,000.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| 11. 2000 Honda civic (92,000 miles) | 2,500.00 | 2,500.00 | | 0.00 | FA | 0.00 | 2,500.00 |
| 12. Charley the parakeet | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 50.00 |
| 13. Husband's grandmother's inheritance/funds from aun | 10,000.00 | 6,000.00 | | 6,000.00 | FA | 0.00 | 4,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown | 0.00 | 0.00 |

LFORM1EX

UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

Ver: 14.31c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 08-32689 JPC  Judge: JACQUELINE P. COX | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | Date Filed (f) or Converted (c): | 11/28/08 (f) |
| | YOUNG, MELISSA A | 341(a) Meeting Date: | 01/13/09 |
| | | Claims Bar Date: | 05/15/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $20,600.00 | $16,600.00 | | $6,000.62 | $0.00 | $0.00 | $14,600.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /         Current Projected Date of Final Report (TFR):  / /

LFORM1EX

UST Form 101-7-TFR (4/1/2009) *(Page: 4)*

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-32689 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | | Bank Name: | BANK OF AMERICA, N.A. |
| | YOUNG, MELISSA A | | Account Number / CD #: | *******5689  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6843 | | | |
| For Period Ending: | 08/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/09 | 13 | Law Offices of Daniel Winter | | 1129-000 | 6,000.00 | | 6,000.00 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 6,000.04 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 6,000.17 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,000.31 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,000.47 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.62 |

```
                        COLUMN TOTALS                     6,000.62          0.00         6,000.62
                  Less: Bank Transfers/CD's                   0.00          0.00
                        Subtotal                          6,000.62          0.00
                  Less: Payments to Debtors                                  0.00
                        Net                               6,000.62          0.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******5689 | 6,000.62 | 0.00 | 6,000.62 |
| | 6,000.62 | 0.00 | 6,000.62 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,000.62    0.00

Ver: 14.31c

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 08-32689 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | | Bank Name: | BANK OF AMERICA, N.A. |
| | YOUNG, MELISSA A | | Account Number / CD #: | *******5689  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6843 | | | |
| For Period Ending: | 08/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 14.31c

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-32689 | | Page 1 | | Date: August 24, 2009 |
| Debtor Name: | SMITH JR, ROBERT G | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Dell Financial Services L.L.C. c/o Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 | Unsecured | | $4,077.39 | $0.00 | $4,077.39 |
| 000002 070 7100-00 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | Unsecured | | $4,233.18 | $0.00 | $4,233.18 |
| 000003 070 7100-00 | eCAST assignee of HSBC Bank Nevada POB 35480 Newark, NJ 07193-5480 | Unsecured | | $1,116.75 | $0.00 | $1,116.75 |
| 000004 070 7100-00 | Chase Bank USA, NA PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $6,842.50 | $0.00 | $6,842.50 |
| 000005 070 7100-00 | Chase Bank USA, NA PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $10,258.58 | $0.00 | $10,258.58 |
| 000006 070 7100-00 | Chase Bank USA,N.A. c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured | | $848.40 | $0.00 | $848.40 |
| 000007 070 7100-00 | PYOD LLC, assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $1,242.36 | $0.00 | $1,242.36 |
| 000008 070 7100-00 | PYOD LLC, assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $9,601.11 | $0.00 | $9,601.11 |
| 000009 070 7100-00 | FIA Card Svcs successor to Bnk of Amer NA & MBNA America Bank NA by AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $4,838.94 | $0.00 | $4,838.94 |
| 000010 070 7100-00 | FIA Card Svcs successor to Bnk of Amer OF AMERICA NA & MBNA America Bank NA by AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $2,488.50 | $0.00 | $2,488.50 |
| 000011 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $11,970.98 | $0.00 | $11,970.98 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-32689 | | Page 2 | | | Date: August 24, 2009 |
| Debtor Name: | SMITH JR, ROBERT G | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $57,518.69 | $0.00 | $57,518.69 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-32689 JPC
Case Name: SMITH JR, ROBERT G
    YOUNG, MELISSA A
Trustee Name: CATHERINE STEEGE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: CATHERINE STEEGE* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Dell Financial Services L.L.C.* | $_____ | $_____ |
| *000002* | *Discover Bank/DFS Services LLC* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | eCAST assignee of HSBC Bank Nevada | $ | $ |
| 000004 | Chase Bank USA, NA | $ | $ |
| 000005 | Chase Bank USA, NA | $ | $ |
| 000006 | Chase Bank USA,N.A. | $ | $ |
| 000007 | PYOD LLC, assignee of Citibank | $ | $ |
| 000008 | PYOD LLC, assignee of Citibank | $ | $ |
| 000009 | FIA Card Svcs successor to Bnk of Amer | $ | $ |
| 000010 | FIA Card Svcs successor to Bnk of Amer | $ | $ |
| 000011 | American Express Centurion Bank | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

*Claim Number*       *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
_____   _____   $_____   $_____

The amount of surplus returned to the debtor after payment of all claims and interest is $     .