# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-32689 JPC |
| SMITH JR, ROBERT G | § | |
| YOUNG, MELISSA A | § | |
| Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,000.62 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 6,000.62 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: CATHERINE STEEGE* | $ 1,350.06 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,518.69  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Dell Financial Services L.L.C. | $ 4,077.39 | $ 329.67 |
| 000002 | Discover Bank/DFS Services LLC | $ 4,233.18 | $ 342.27 |
| 000003 | eCAST assignee of HSBC Bank Nevada | $ 1,116.75 | $ 90.29 |
| 000004 | Chase Bank USA, NA | $ 6,842.50 | $ 553.24 |
| 000005 | Chase Bank USA, NA | $ 10,258.58 | $ 829.44 |
| 000006 | Chase Bank USA,N.A. | $ 848.40 | $ 68.59 |
| 000007 | PYOD LLC, assignee of Citibank | $ 1,242.36 | $ 100.45 |
| 000008 | PYOD LLC, assignee of Citibank | $ 9,601.11 | $ 776.28 |
| 000009 | FIA Card Svcs successor to Bnk of Amer | $ 4,838.94 | $ 391.24 |
| 000010 | FIA Card Svcs successor to Bnk of Amer | $ 2,488.50 | $ 201.20 |
| 000011 | American Express Centurion Bank | $ 11,970.98 | $ 967.89 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF THE U.S. BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  9:30 AM  on  10/01/2009  in Courtroom  619 ,

United States Courthouse

219 S. Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  08/24/2009                By:/s/CATHERINE STEEGE_____
                                                Trustee

CATHERINE STEEGE
330 N. WABASH AVENUE, CHICAGO, IL 60611-0000

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine          Page 1 of 1          Date Rcvd: Aug 26, 2009
Case: 08-32689                Form ID: pdf006         Total Noticed: 33
```

The following entities were noticed by first class mail on Aug 28, 2009.
```
db/jdb       +Robert G Smith, Jr,   Melissa A Young,   2700 W Leland #2,   Chicago, IL 60625-3746
tr           +Catherine L. Steege, ESQ,   Jenner & Block,   330 N. Wabash Avenue,   Chicago, IL 60611-7603
12914253     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
13910827      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12914254     +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
12914255     +Ballys,   8700 West Bryn Mawr,   Chicago, IL 60631-3512
13684024     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14361653      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12914256     +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
12914257      Charter One,   PO Box 922023,   Norcross, GA 30010-2023
12914258     +Charter One Bank,   1215 Superior Avenue,   Cleveland, OH 44114-3299
12914259     +Chase - Cc,   Attention: Banktruptcy Department,   Po Box 15298,   Wilmintgon, DE 19850-5298
13743239     +Chase Bank USA,N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
12914260     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12914261     +Citibank / Sears,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12914262     +Dell Financial Services,   Attn: Bankruptcy Dept.,   12234 North Ih 35,   Austin, TX 78753-1724
13560421      Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
               Greenville, SC 29603-0390
12914264     +Dsnb Macys,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
13827666      FIA CARD SERVICES NA successor to BANK,   OF AMERICA NA & MBNA America Bank NA by,
               AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,   Oklahoma City, OK  73124-8809
12914265     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12914266     +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 15522,   Wilmington, DE 19850-5522
12914267     +IRS-NOTICE PURPOSE ONLY,   PO BOX 21126,   Philadelphia, PA 19114-0326
12914269     +Merrick Bank,   Pob 9201,   Old Bethpage, NY 11804-9001
12914270      Nationwide Credit, Inc.,   3600 E University Dr, Ste B1350,   Phoenix, AZ 85034-7296
13808704     +PYOD LLC its successors and assigns,   as assignee of Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
12914271     +Sallie Mae,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
12914272     +Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
               Greenville, SC 29603-0467
12914273     +Wfnnb/harlem Furniture,   Po Box 182273 - Wf,   Columbus, OH 43218-2273
13661276      eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark, NJ 07193-5480
```

The following entities were noticed by electronic transmission on Aug 27, 2009.
```
aty          +E-mail/Text: DJW@DWINTERLAW.COM                         Daniel J Winter,
               Law Offices Of Daniel J Winter,   53 W Jackson Suite 725,   Chicago, IL 60604-3476
13628020      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2009 00:38:20
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12914263     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2009 00:38:20     Discover Financial,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
12914268     +E-mail/PDF: cr-bankruptcy@kohls.com Aug 27 2009 00:42:11     Kohls,   Attn:  Recovery,
               Po Box 3120,   Milwaukee, WI 53201-3120
                                                                                        TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14361683*    CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
                                                                                 TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2009**               **Signature:** _Joseph Speetjens_