# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SMITH JR, ROBERT G § Case No. 08-32689
YOUNG, MELISSA A §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $

*and approved disbursements of*   $

*leaving a balance on hand of*[1]   $

Claims of secured creditors will be paid as follows:

*Claimant*                                           *Proposed Payment*
                                                     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: CATHERINE STEEGE | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|     *Reason/Applicant*     |   *Fees*   | *Expenses* |
|----------------------------|------------|------------|
| *Fees:*_____      | $_____  | $_____  |
| *Other:*_____     | $_____  | $_____  |
| *Other:*_____     | $_____  | $_____  |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|     *Reason/Applicant*     |   *Fees*   | *Expenses* |
|----------------------------|------------|------------|
| *Attorney for debtor:*____ | $_____  | $_____  |
| *Attorney for:*_____ | $_____  | $_____  |
| *Accountant for:*_____ | $_____  | $_____  |
| *Appraiser for:*_____ | $_____  | $_____  |
| *Other:*_____  | $_____  | $_____  |

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|----------------|------------|-------------------------|--------------------|
| _____     | _____ | $_____               | $_____          |
| _____     | _____ | $_____               | $_____          |
| _____     | _____ | $_____               | $_____          |

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

   Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

   Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Dell Financial Services L.L.C. | $ | $ |
| 000002 | Discover Bank/DFS Services LLC | $ | $ |
| 000003 | eCAST assignee of HSBC Bank Nevada | $ | $ |
| 000004 | Chase Bank USA, NA | $ | $ |
| 000005 | Chase Bank USA, NA | $ | $ |
| 000006 | Chase Bank USA,N.A. | $ | $ |
| 000007 | PYOD LLC, assignee of Citibank | $ | $ |
| 000008 | PYOD LLC, assignee of Citibank | $ | $ |
| 000009 | FIA Card Svcs successor to Bnk of Amer | $ | $ |
| 000010 | FIA Card Svcs successor to Bnk of Amer | $ | $ |
| 000011 | American Express Centurion Bank | $ | $ |

   Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

   Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____.

Prepared By: /s/_____

*CATHERINE STEEGE*
*330 N. WABASH AVENUE*
*CHICAGO, IL 60611-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.