UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| SMITH JR, ROBERT G<br>YOUNG, MELISSA A | § § § | Case No. 08-32689 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/CATHERINE STEEGE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hsbc Best Buy Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| Wfnnb/harlem Furniture Po Box 182273 - Wf Columbus, OH 43218 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRS-NOTICE PURPOSE ONLY PO BOX 21126 Philadelphia, PA 19114 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| Ballys 8700 West Bryn Mawr Chicago, IL 60631 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charter One Bank 1215 Superior Avenue Cleveland, OH 44114 | | | | | |
| Dsnb Macys Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| Hsbc Best Buy Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | | | | |
| Merrick Bank Pob 9201 Old Bethpage, NY 11804 | | | | | |
| Representing: Charter One Bank | | | | | |
| Representing: Discover Financial | | | | | |
| Sallie Mae 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA,N.A. | | | | | |
| DELL FINANCIAL SERVICES L.L.C. | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| ECAST ASSIGNEE OF HSBC BANK NEVADA | | | | | |
| FIA CARD SVCS SUCCESSOR OF B OF A | | | | | |
| FIA CARD SVCS SUCCESSOR TO B OF A | | | | | |
| PYOD LLC, ASSIGNEE OF CITIBANK | | | | | |
| PYOD LLC, ASSIGNEE OF CITIBANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-32689 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | | | Date Filed (f) or Converted (c): | 11/28/08 (f) |
| | YOUNG, MELISSA A | | | 341(a) Meeting Date: | 01/13/09 |
| For Period Ending: | 12/31/09 | | | Claims Bar Date: | 05/15/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Charter One checking | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 2. TV, Video Camera | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 300.00 |
| 3. Bedroom and Living room sets | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 4. Computer & accessories | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 300.00 |
| 5. Household goods | 1,500.00 | 1,500.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 6. Theatre Books | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 50.00 |
| 7. costume jewlery | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 8. wedding rings | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 200.00 |
| 9. Bikes | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 200.00 |
| 10. His 401 (k) on previous job | 4,000.00 | 4,000.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| 11. 2000 Honda civic (92,000 miles) | 2,500.00 | 2,500.00 | | 0.00 | FA | 0.00 | 2,500.00 |
| 12. Charley the parakeet | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 50.00 |
| 13. Husband's grandmother's inheritance/funds from aun | 10,000.00 | 6,000.00 | | 6,000.00 | FA | 0.00 | 4,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.92 | Unknown | 0.00 | 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 08-32689 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SMITH JR, ROBERT G | | | | Date Filed (f) or Converted (c): | 11/28/08 (f) |
| | YOUNG, MELISSA A | | | | 341(a) Meeting Date: | 01/13/09 |
| | | | | | Claims Bar Date: | 05/15/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $20,600.00 | $16,600.00 | | $6,000.92 | $0.00 | $0.00 | $14,600.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1EX

Ver: 15.06

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-32689 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | | Bank Name: | BANK OF AMERICA, N.A. |
| | YOUNG, MELISSA A | | Account Number / CD #: | *******5689 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6843 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/09 | 13 | Law Offices of Daniel Winter | | 1129-000 | 6,000.00 | | 6,000.00 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 6,000.04 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 6,000.17 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,000.31 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,000.47 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.62 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.77 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.92 |
| 10/01/09 | | Transfer to Acct #*******5760 | Final Posting Transfer | 9999-000 | | 6,000.92 | 0.00 |

Page Subtotals 6,000.92 6,000.92

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 08-32689 -JPC |
| Case Name: | SMITH JR, ROBERT G |
| | YOUNG, MELISSA A |
| Taxpayer ID No: | *******6843 |
| For Period Ending: | 12/31/09 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5689 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.92 | 6,000.92 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,000.92 | |
| | | | Subtotal | | 6,000.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.92 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-32689 -JPC | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | Bank Name: | BANK OF AMERICA, N.A. |
| | YOUNG, MELISSA A | Account Number / CD #: | *******5760 BofA - Checking Account |
| Taxpayer ID No: | *******6843 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/09 | | Transfer from Acct #*******5689 | Transfer In From MMA Account | 9999-000 | 6,000.92 | | 6,000.92 |
| 10/07/09 | 003001 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Final Distribution | 7100-000 | | 967.95 | 5,032.97 |
| 10/07/09 | 003002 | FIA Card Services NA successor to Bank of America NA & MBNA America Bnk NA by AMERICAN INFOSOURCE LP as Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | 7100-000 | | 201.21 | 4,831.76 |
| 10/07/09 | 003003 | FIA Card Services NA successor to Bank of America NA & MBNA America Bnk NA by AMERICAN INFOSOURCE LP as Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | 7100-000 | | 391.27 | 4,440.49 |
| 10/07/09 | 003004 | PYOD LLC, assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final Distribution | 7100-000 | | 776.32 | 3,664.17 |
| 10/07/09 | 003005 | PYOD LLC, assignee of Citibank c/o Resurgent Capital Services PO Box 19008 | Final Distribution | 7100-000 | | 100.45 | 3,563.72 |

Page Subtotals    6,000.92    2,437.20

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-32689 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | | Bank Name: | BANK OF AMERICA, N.A. |
| | YOUNG, MELISSA A | | Account Number / CD #: | *******5760 BofA - Checking Account |
| Taxpayer ID No: | *******6843 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29602 | | | | | |
| 10/07/09 | 003006 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Final Distribution | 7100-000 | | 68.60 | 3,495.12 |
| 10/07/09 | 003007 | Chase Bank USA<br>c/o Weinstein and Riley, PS<br>Suite 400<br>2001 Western Avenue<br>Seattle, WA 98121 | Final Distribution | 7100-000 | | 829.48 | 2,665.64 |
| 10/07/09 | 003008 | Chase Bank USA<br>c/o Weinstein and Riley, PS<br>Suite 400<br>2001 Western Avenue<br>Seattle, WA 98121 | Final Distribution | 7100-000 | | 553.27 | 2,112.37 |
| 10/07/09 | 003009 | eCAST Settlement Corporation,<br>assignee of HSBC Bank Nevada<br>POB 35480<br>Newark, NJ 07193-5480 | Final Distribution | 7100-000 | | 90.30 | 2,022.07 |
| 10/07/09 | 003010 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-000 | | 342.29 | 1,679.78 |
| 10/07/09 | 003011 | Dell Financial Services L.L.C. | Final Distribution | 7100-000 | | 329.69 | 1,350.09 |
| | | | | Page Subtotals | 0.00 | 2,213.63 | |

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-32689 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | SMITH JR, ROBERT G | | Bank Name: | BANK OF AMERICA, N.A. |
| | YOUNG, MELISSA A | | Account Number / CD #: | *******5760 BofA - Checking Account |
| Taxpayer ID No: | *******6843 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | | | | | |
| 10/07/09 | 003012 | Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611 | Final Disbursement | 2100-000 | | 1,350.09 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.92 | 6,000.92 | 0.00 |
| Less: Bank Transfers/CD's | 6,000.92 | 0.00 | |
| Subtotal | 0.00 | 6,000.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,000.92 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5689 | 6,000.92 | 0.00 | 0.00 |
| BofA - Checking Account - ********5760 | 0.00 | 6,000.92 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.92 | 6,000.92 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 1,350.09

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*